# PROOF OF SERVICE

I certify under the laws of the United States of America that on the 23rd day of September, 2024, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. [Proposed] Order on Motion to Grant Relief from Automatic Stay and Allow Prosecution of Declaratory Relief Action

2. Declaration of J. Scott Wood of No Objection to Medical Protective Company's Motion to Grant Relief from Automatic Stay

I further certify that I served the foregoing document via email to the following participants listed below:

| | |
|---|---|
| **Manish Borde**<br>Borde Law PLLC<br>1700 7th Ave.<br>Suite 2100<br>Seattle, WA 98101<br>206-531-2722<br>mborde@bordelaw.com | **Vanessa J Firnhaber Oslund**<br>Bergman Oslund Udo Little<br>520 Pike St Ste 1125<br>Seattle, WA 98101<br>206-957-9510<br>vanessa@bergmanlegal.com |
| **Ryan S Moore**<br>DOJ-Ust<br>700 Stewart Street<br>Ste 5103<br>Seattle, WA 98101<br>206-553-2000<br>ryan.moore@usdoj.gov | **Alan J Wenokur**<br>Alan J. Wenokur<br>600 Stewart<br>Suite 1300<br>Seattle, WA 98101<br>206-682-6224<br>206-531-2410 (fax)<br>alan@wrlawgroup.com |
| **Jeffery Myra Wheat**<br>Wheat Legal PLLC<br>1201 3rd Ave<br>Suite 22-120<br>Seattle<br>Seattle, WA 98101<br>206-262-7381<br>info@wheatlegal.com | |

PROOF OF SERVICE - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

DATED this 23rd day of September, 2024 at Seattle, Washington.

_____
J. Scott Wood

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822