# U.S. Bankruptcy Court
## Western District of Washington (Seattle)
## Bankruptcy Petition #: 24−10239−TWD

| | |
|---|---|
| *Assigned to:* Timothy W. Dore | *Date filed:* 02/02/2024 |
| Chapter 7 | *341 meeting:* 04/22/2024 10:00 AM |
| Voluntary | *Deadline for filing claims:* 06/21/2024 |
| Asset | *Complaint Deadline:* 07/10/2024 |

*Debtor*
**Kristine Brecht**
1865 SW Miller Creek Rd
Normandy Park, WA 98166
KING−WA
SSN / ITIN: xxx−xx−0295

represented by **Jeffery Myra Wheat**
Wheat Legal PLLC
1201 3rd Ave
Suite 22−120
Seattle
Seattle, WA 98101
206−262−7381
Email: info@wheatlegal.com

*Trustee*
**Michael P Klein**
Michael P. Klein, Attorney at Law
330 Madison Ave S Suite 105
Bainbridge Island, WA 98110
206−842−3638

represented by **Manish Borde**
Borde Law PLLC
1700 7th Ave.
Suite 2100
Seattle, WA 98101
206−531−2722
Email: mborde@bordelaw.com

*US Trustee*
**United States Trustee**
700 Stewart St Ste 5103
Seattle, WA 98101
(206) 553−2000

represented by **Ryan S Moore**
DOJ−Ust
700 Stewart Street
Ste 5103
Seattle, WA 98101
206−553−2000
Email: ryan.moore@usdoj.gov

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 02/02/2024 | | 1 | Chapter 7 Voluntary Petition, Individual *Dr. Kristine Brecht*. Appointment of health care ombudsman due by 03/4/2024 Filed by Jeffery Myra Wheat of Wheat Legal PLLC on behalf of Kristine Susanne Brecht (Wheat, Jeffery) (Entered: 02/02/2024 at 10:40:40) |
| 02/02/2024 | | 2 | Social Security Number(s) of Debtor(s) Submitted. PDF only viewable by court. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 02/02/2024 at 13:45:05) |
| 02/02/2024 | | 3 | Notice of 341(a) Meeting of Creditors with Interim Trustee Klein, Michael P to be held on 3/11/2024 at 09:00 AM at Telephonic Creditors Meeting Seattle. Complaint Deadline: 5/10/2024. (Tannozzini, Michelle) (Entered: 02/02/2024 at 15:08:31) |
| 02/02/2024 | | | |

| | | | |
|---|---|---|---|
| | | | Set Filings Due (Correcting Case Opening) . Missing Chapter 7 Statement of Current Monthly Income Incomplete Filings due by 2/20/2024. (MT) (Entered: 02/02/2024 at 15:10:16) |
| 02/02/2024 | | 4 | Notice of Deficient Filing . (MT) (Entered: 02/02/2024 at 15:11:02) |
| 02/04/2024 | | 5 | BNC Certificate of Notice (Related document(s)4 Notice of Deficient Filing). Notice Date 02/04/2024. (Admin.) (Entered: 02/04/2024 at 21:11:06) |
| 02/05/2024 | | | **Receipt of Chapter 7 Filing Fee − $338.00 by CK. Receipt Number 3000425. (admin)** (Entered: 02/06/2024 at 07:20:28) |
| 02/06/2024 | | 6 | Notice of Appearance Filed by Ryan S Moore on behalf of United States Trustee. (Moore, Ryan) (Entered: 02/06/2024 at 13:49:53) |
| 02/14/2024 | | 7 | Certificate of Credit Counseling for Debtor *Kristine Brecht*. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 02/14/2024 at 08:53:20) |
| 02/14/2024 | | | Creditor matrix uploaded/added 9 creditor(s). (admin) (Entered: 02/14/2024 at 09:02:02) |
| 02/14/2024 | | 8 | Amendment to Voluntary Petition, Schedules A/B, C, and Statement of Financial Affairs . Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Attachments: # 1 Schedule Amended Schedule AB # 2 Schedule Amended Schedule C # 3 Schedule Amended Statement of Financial Affairs) (Wheat, Jeffery) Modified to *Correct Amended Documents* on 2/14/2024 (MT). (Entered: 02/14/2024 at 09:22:57) |
| 02/14/2024 | | 9 | Motion for Relief from Stay, . Filed by Jeffery Myra Wheat on behalf of Kristine Brecht The Hearing date is set for 3/1/2024 at 09:30 AM at Judge Dore's Courtroom, U.S. Courthouse, Room 8106. Response due by 2/23/2024. *Incorrect Hearing Location on PDF Caption* (Attachments: # 1 Proposed Order) (Wheat, Jeffery) Modified on 2/14/2024 (MT). (Entered: 02/14/2024 at 09:33:16) |
| 02/14/2024 | | 10 | 341 Meeting of Creditors Notice Sent to BNC for Mailing . (MT) (Entered: 02/14/2024 at 09:50:15) |
| 02/14/2024 | | 11 | Notice of Hearing (Related document(s)9 Motion for Relief from Stay). Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 02/14/2024 at 10:35:30) |
| 02/14/2024 | | 12 | Creditor Matrix PDF. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 02/14/2024 at 10:37:23) |
| 02/14/2024 | | 13 | DOCKETED IN ERROR INCORRECT PDF ~~Amended Chapter 7 Statement of Current Monthly Income Form 122A−1 . Filed by Jeffery Myra Wheat on behalf of Kristine Brecht.~~ (Wheat, Jeffery) Modified on 2/14/2024 (MT). (Entered: 02/14/2024 at 10:42:49) |
| 02/14/2024 | | | Adequate Filing . Creditor Matrix Filed (MT) (Entered: 02/14/2024 at 10:53:04) |
| 02/14/2024 | | 14 | Chapter 7 Statement of Current Monthly Income Form 122A−1 . Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) |

| | | | |
|---|---|---|---|
| | | | (Entered: 02/14/2024 at 11:35:44) |
| 02/14/2024 | | 15 | Request for Courtesy Notice of Electronic Filing . Filed by Vanessa J Firnhaber Oslund on behalf of Courtesy NEF. (Firnhaber Oslund, Vanessa) (Entered: 02/14/2024 at 13:09:33) |
| 02/16/2024 | | 16 | BNC Certificate of Mailing − Meeting of Creditors (Related document(s)10 341 Meeting of Creditors Sent to BNC for Mailing). Notice Date 02/16/2024. (Admin.) (Entered: 02/16/2024 at 21:14:01) |
| 02/20/2024 | | 17 | Disclosure of Compensation of Attorney for Debtor *Kristine Brecht*. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 02/20/2024 at 07:42:18) |
| 02/22/2024 | | 18 | Objection *to motion* (Related document(s)9 Motion for Relief from Stay)... Filed by Alan J Wenokur of Alan J. Wenokur on behalf of Robert Blanton, Nasra Elmi. (Wenokur, Alan) (Entered: 02/22/2024 at 09:37:43) |
| 02/22/2024 | | 19 | Notice of Amended/Continued Hearing (Related document(s)9 Motion for Relief from Stay). Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. Continued Hearing scheduled for 3/29/2024 at 09:30 AM at Judge Dore's Courtroom, U.S. Courthouse, Room 8106. Response due by 3/22/2024. (Wheat, Jeffery) (Entered: 02/22/2024 at 10:23:58) |
| 02/27/2024 | | 20 | Application to Employ Kai Rainey as Realtor .. Filed by Michael P Klein on behalf of Michael P Klein (Attachments: # 1 Declaration of Kai Rainey) (Klein, Michael) (Entered: 02/27/2024 at 13:53:47) |
| 02/27/2024 | | 21 | Declaration of No Objection (Related document(s)20 Motion to Employ)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Michael P Klein. (Klein, Michael) (Entered: 02/27/2024 at 13:55:48) |
| 02/27/2024 | | 22 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Klein, Michael. Related document 20 (Entered: 02/27/2024 at 14:02:02) |
| 02/27/2024 | | 23 | Objection *to Exemption* (Related document(s)8 Amendment). Proof of Service. Filed by Alan J Wenokur of Alan J. Wenokur on behalf of Robert Blanton, Nasra Elmi. (Wenokur, Alan) (Entered: 02/27/2024 at 14:18:23) |
| 02/28/2024 | | 24 | Ex Parte ORDER Approving Employment of Realtor Kailee Rainey (Related Doc # 20) . (KLL) (Entered: 02/28/2024 at 10:51:41) |
| 02/29/2024 | | | Minutes. Hearing Continued via Notice (ECF No. 19). (Related document(s) 9 Motion for Relief from Stay). Continued Hearing scheduled for 03/29/2024 at 09:30 AM at Judge Dore's Courtroom, U.S. Courthouse, Room 8106. (RAO) (Entered: 02/29/2024 at 16:07:18) |
| 03/01/2024 | | 25 | Ex Parte Application to Employ Manish Borde as General Counsel .. Filed by Michael P Klein on behalf of Michael P Klein (Klein, Michael) (Entered: 03/01/2024 at 11:45:57) |
| 03/01/2024 | | 26 | Declaration *of Manish Borde* (Related document(s)25 Motion to Employ)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Michael P Klein. (Klein, Michael) (Entered: 03/01/2024 at 11:48:52) |

| | | | |
|---|---|---|---|
| 03/01/2024 | | 27 | Declaration of No Objection (Related document(s)25 Motion to Employ, 26 Declaration)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Michael P Klein. (Klein, Michael) (Entered: 03/01/2024 at 11:52:10) |
| 03/01/2024 | | 28 | Withdrawal of Document. Filed by Michael P Klein on behalf of Michael P Klein. (Related document(s)27 Declaration of No Objection). (Klein, Michael) (Entered: 03/01/2024 at 11:54:39) |
| 03/01/2024 | | 29 | Declaration of No Objection (Related document(s)25 Motion to Employ, 26 Declaration)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Michael P Klein. (Klein, Michael) (Entered: 03/01/2024 at 11:56:45) |
| 03/01/2024 | | 30 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Klein, Michael. Related document 25 (Entered: 03/01/2024 at 12:02:02) |
| 03/01/2024 | | 31 | Amended Application to Employ Kai Rainey and Alise Roberts as Realtors .. Filed by Michael P Klein on behalf of Michael P Klein (Attachments: # 1 Declaration of Kai Rainey # 2 Declaration of Alise Roberts) (Klein, Michael) (Entered: 03/01/2024 at 15:51:06) |
| 03/01/2024 | | 32 | Declaration of No Objection (Related document(s)31 Motion to Employ)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Michael P Klein. (Klein, Michael) (Entered: 03/01/2024 at 15:52:02) |
| 03/01/2024 | | 33 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Klein, Michael. Related document 31 (Entered: 03/01/2024 at 16:02:04) |
| 03/04/2024 | | 34 | Supplemental Filing of *Declaration of Alise Roberts*. Filed by Michael P Klein on behalf of Michael P Klein. (Related document(s)31 Motion to Employ). (Klein, Michael) *Incorrect Case Number on PDF.*. Modified on 3/4/2024 (TGR). (Entered: 03/04/2024 at 11:43:39) |
| 03/04/2024 | | 35 | Ex Parte ORDER Authorizing Employmemt of General Counsel, Manish Borde (Related Doc # 25) . (TGR) (Entered: 03/04/2024 at 16:09:01) |
| 03/04/2024 | | 36 | Amended Ex Parte ORDER Approving Employment of Realtor, Alise Roberts (Related Doc # 24, 31) . (TGR) (Entered: 03/04/2024 at 16:24:06) |
| 03/11/2024 | | 37 | Stipulation by and between *Trustee and Beach Rejuvenation, LLC re Normandy Park Property*. Filed by Manish Borde on behalf of Michael P Klein. (Attachments: # 1 Proposed Order) (Borde, Manish) (Entered: 03/11/2024 at 15:06:24) |
| 03/11/2024 | | 38 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Borde, Manish. Related document 37 (Entered: 03/11/2024 at 15:31:04) |
| 03/12/2024 | | 39 | Agreed ORDER Re: 1865 SW Miller Creek Road, Normandy Park, WA 98166 (Related document(s)37 Stipulation). (JPG) (Entered: 03/12/2024 at 14:26:07) |
| 03/13/2024 | | | Statement Adjourning 341(a) Meeting of Creditors. Section 341(a) Meeting Continued *for debtors appearance3 and 4002 documents* Filed by Michael P Klein on behalf of Michael P Klein. With 341(a) meeting to be |

| | | | |
|---|---|---|---|
| | | | held on 4/1/2024 at 10:00 AM at Telephonic Creditors Meeting Seattle. (Klein, Michael) (Entered: 03/13/2024 at 08:59:18) |
| 03/13/2024 | | 40 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 3/13/2024). (Related document(s) 3 Meeting of Creditors Chapter 7 Individual No Asset AutoAssign, Trustees Meeting of Creditors Continued). Filed by Michael P Klein on behalf of Michael P Klein. (Klein, Michael) (Entered: 03/13/2024 at 09:19:24) |
| 03/18/2024 | | | The duly appointed Chapter 7 Trustee, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above captioned case. An appropriate notice should be given to creditors to file claims. Filed by Michael P Klein on behalf of Michael P Klein. (Klein, Michael) (Entered: 03/18/2024 at 11:06:17) |
| 03/18/2024 | | 41 | Notice to File Proof of Claim Due to Recovery of Assets. CLAIMS BAR DATE (Related document(s) Trustee's Notice of Assets on Case and Request to Set Claims Bar Date). Proof of Claims due by 06/21/2024 (admin) (Entered: 03/18/2024 at 22:20:03) |
| 03/19/2024 | | 42 | Objection (Related document(s)9 Motion for Relief from Stay)... Filed by Alan J Wenokur of Alan J. Wenokur on behalf of Robert Blanton, Nasra Elmi. (Wenokur, Alan) (Entered: 03/19/2024 at 15:48:35) |
| 03/19/2024 | | 43 | Declaration *of Counsel in Support of Objection* (Related document(s)9 Motion for Relief from Stay, 42 Objection)... Filed by Alan J Wenokur of Alan J. Wenokur on behalf of Robert Blanton, Nasra Elmi. (Wenokur, Alan) (Entered: 03/19/2024 at 15:50:38) |
| 03/20/2024 | | 44 | Trustee's Response to *Debtor's Motion for Relief from Stay* (Related document(s)9 Motion for Relief from Stay, 19 Notice of Amended or Continued Hearing). Proof of Service. Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 03/20/2024 at 13:26:44) |
| 03/21/2024 | | 45 | BNC Certificate of Notice (Related document(s)41 Claims Bar Date). Notice Date 03/21/2024. (Admin.) (Entered: 03/21/2024 at 21:11:58) |
| 03/25/2024 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/29/2024. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Related document(s)9 Motion for Relief from Stay, 19 Notice of Amended or Continued Hearing, Minutes Hearing Continued). (Wheat, Jeffery) (Entered: 03/25/2024 at 08:47:38) |
| 03/25/2024 | | 46 | Reply *to Objection to Motion for Relief From Stay* (Related document(s)9 Motion for Relief from Stay)... Filed by Jeffery Myra Wheat of Wheat Legal PLLC on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 03/25/2024 at 08:51:34) |
| 03/25/2024 | | 47 | Supplemental Declaration *of Melissa Leos (MedPro)* (Related document(s)9 Motion for Relief from Stay)... Filed by Jeffery Myra Wheat of Wheat Legal PLLC on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 03/25/2024 at 14:42:53) |

| | | | |
|---|---|---|---|
| 03/29/2024 | | | Minutes. Hearing Date: 3/29/2024. Appearances: Jeffery Myra Wheat on behalf of Kristine Brecht; Alan J Wenokur on behalf of Robert Blanton, Nasra Elmi; Manish Borde on behalf of Michael P Klein. (Related document(s) 9 Motion for Relief from Stay). Motion granted. Court to prepare order. (RAO) (Entered: 03/29/2024 at 13:20:26) |
| 03/29/2024 | | 48 | PDF with attached Audio File. Court Date & Time [03/29/2024 09:51:36 AM]. File Size [ 1800 KB ]. Run Time [ 00:15:21 ]. ( 9 Motion for Relief from Stay 1865 SW Miller Creek Normandy Park, WA 98166...). (admin). (Entered: 03/29/2024 at 14:31:03) |
| 03/29/2024 | | 49 | ORDER Granting Relief from Stay (Related Doc # 9) . (MT) (Entered: 03/29/2024 at 16:26:34) |
| 04/02/2024 | | | Statement Adjourning 341(a) Meeting of Creditors. Section 341(a) Meeting Continued *for debtors appearance and 4002 documents* Filed by Michael P Klein on behalf of Michael P Klein. With 341(a) meeting to be held on 4/22/2024 at 10:00 AM at Telephonic Creditors Meeting Seattle. (Klein, Michael) (Entered: 04/02/2024 at 12:47:45) |
| 04/12/2024 | | 50 | Application to Employ Edward A. Alvarado as Forensic Accountant .. Filed by Michael P Klein on behalf of Michael P Klein (Klein, Michael) (Entered: 04/12/2024 at 10:25:28) |
| 04/12/2024 | | 51 | Declaration *of Edward A. Alvarado* (Related document(s)50 Motion to Employ)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Edward A. Alvarado. (Klein, Michael) (Entered: 04/12/2024 at 10:28:25) |
| 04/12/2024 | | 52 | Declaration of No Objection *Certificate of No Objections*. The Filer represents to the Court, under penalty of perjury, that Notice of the Motion linked to this entry was in accordance with the proof of service filed herein and that no objection to that Motion has been filed in the Office of the Clerk or received by the Filer. (Related document(s)50 Motion to Employ, 51 Declaration)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Michael P Klein. (Klein, Michael) (Entered: 04/12/2024 at 10:29:50) |
| 04/12/2024 | | 53 | Withdrawal of Document. Filed by Michael P Klein on behalf of Michael P Klein. (Related document(s) 52 Declaration of No Objection). (Klein, Michael) (Entered: 04/12/2024 at 10:31:17) |
| 04/12/2024 | | 54 | Declaration of No Objection *Certificate of No Objection* (Related document(s)50 Motion to Employ, 51 Declaration)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Michael P Klein. (Klein, Michael) (Entered: 04/12/2024 at 10:32:37) |
| 04/12/2024 | | 55 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Klein, Michael. Related document 50 (Entered: 04/12/2024 at 11:02:02) |
| 04/12/2024 | | 56 | Objection to Exemptions Filed by Michael P Klein on behalf of Michael P Klein. (Klein, Michael) (Entered: 04/12/2024 at 16:06:59) |
| 04/15/2024 | | 57 | Ex Parte ORDER Authorizing Employment of Forensic Accountants, Edward A. Alvarado and Alvarado Consulting, Inc, for Trustee (Related Doc # 50) . (MT) (Entered: 04/15/2024 at 10:47:24) |

| | | | |
|---|---|---|---|
| 04/17/2024 | | <u>58</u> | Stipulated Motion to Extend Time *to Extend Deadlines to File Complaints*.. Filed by Michael P Klein on behalf of Michael P Klein (Klein, Michael) (Entered: 04/17/2024 at 14:46:25) |
| 04/17/2024 | | <u>59</u> | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Klein, Michael. Related document <u>58</u> (Entered: 04/17/2024 at 15:02:02) |
| 04/18/2024 | | <u>60</u> | Ex Parte ORDER Extending Complaint Deadlines (Related document(s)<u>58</u>). Complaint Deadline: 7/10/2024. (MT) (Entered: 04/18/2024 at 11:55:19) |
| 04/23/2024 | | | **WITHDRAWN 4/23/24** − Chapter 7 Trustee's Report of No Distribution: I, Michael P Klein, having been appointed trustee of the estate of the above−named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above−named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): $ 3,420,361.00, Assets Exempt: Not Available, Claims Scheduled: $ 14,000,000.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 14,000,000.00. (Related document(s) Trustees Meeting of Creditors Continued). Filed by Michael P Klein on behalf of Michael P Klein. (Klein, Michael) Modified on 4/23/2024 (MT). (Entered: 04/23/2024 at 14:06:12) |
| 04/23/2024 | | | Notice is hereby given that the TRUSTEE **WITHDRAWS** THE REPORT OF NO DISTRIBUTION. Debtor(s) Did NOT Appear at 341 Meeting. *trustee is pursuing assets* Filed by Michael P Klein on behalf of Michael P Klein. (Klein, Michael) (Entered: 04/23/2024 at 14:08:45) |
| 04/23/2024 | | | The trustee of this estate reports that the meeting of creditors was concluded and the trustee is investigating the existence and location of property of the estate not subject to exemptions or security interests. Filed by Michael P Klein on behalf of Michael P Klein. (Klein, Michael) (Entered: 04/23/2024 at 14:14:41) |
| 04/25/2024 | | <u>61</u> | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 04/25/2024 at 02:40:33) |
| 04/26/2024 | | <u>62</u> | Attorney for Trustee's Motion for Order Authorizing Trustee to Abandon Property *(Personal Property)*... Filed by Manish Borde on behalf of Michael P Klein The Hearing date is set for 5/17/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 5/10/2024. (Attachments: # <u>1</u> Notice of Hearing # <u>2</u> Proposed Order) (Borde, Manish) (Entered: 04/26/2024 at 11:02:41) |
| 04/26/2024 | | <u>63</u> | Declaration *of Colin Murphy* (Related document(s)<u>62</u> Motion for Order Authorizing Trustee to Abandon Property)... Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 04/26/2024 at 11:05:30) |
| 04/26/2024 | | <u>64</u> | |

| | | | |
|---|---|---|---|
| | | | Declaration *of Michael Klein* (Related document(s)62 Motion for Order Authorizing Trustee to Abandon Property)... Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 04/26/2024 at 11:06:42) |
| 04/27/2024 | | 65 | BNC Certificate of Notice (Related document(s)61 Notice to File Cert Fin Mgmt Course). Notice Date 04/27/2024. (Admin.) (Entered: 04/27/2024 at 21:11:47) |
| 05/03/2024 | | 66 | Financial Management Course Certificate Filed for Debtor .. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 05/03/2024 at 08:26:16) |
| 05/07/2024 | | 67 | Proof of Service *by Ray Luedtke*. Filed by Manish Borde on behalf of Michael P Klein. (Related document(s)62 Motion for Order Authorizing Trustee to Abandon Property). (Borde, Manish) (Entered: 05/07/2024 at 16:16:52) |
| 05/13/2024 | | 68 | Declaration of No Objection . The Filer represents to the Court, under penalty of perjury, that Notice of the Motion linked to this entry was served on 4/26/2024 in accordance with the proof of service filed herein and that no objection to that Motion has been filed in the Office of the Clerk or received by the Filer. (Related document(s)62 Motion for Order Authorizing Trustee to Abandon Property)... Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 05/13/2024 at 11:21:00) |
| 05/13/2024 | | 69 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Borde, Manish. Related document 62 (Entered: 05/13/2024 at 11:31:02) |
| 05/13/2024 | | | Minutes. Hearing Date: 5/17/2024. Declaration of no objection submitted. Order received pursuant to Local Bankruptcy Rule 9013−1(f)(2). (Related document(s) 62 Motion for Order Authorizing Trustee to Abandon Property). Hearing will not be held. (RAO) (Entered: 05/13/2024 at 15:42:39) |
| 05/14/2024 | | 70 | ORDER Authorizing Abandonment of Property (Related Doc # 62) . (MT) (Entered: 05/14/2024 at 11:23:17) |
| 06/12/2024 | | 71 | Application to Employ Richard Ginnis as Accountant .. Filed by Michael P Klein on behalf of Michael P Klein (Attachments: # 1 Declaration of Richard Ginnis) (Klein, Michael) (Entered: 06/12/2024 at 09:25:41) |
| 06/12/2024 | | 72 | Declaration of No Objection (Related document(s)71 Motion to Employ)... Filed by Michael P Klein of Michael P. Klein, Attorney at Law on behalf of Michael P Klein. (Klein, Michael) (Entered: 06/12/2024 at 09:26:48) |
| 06/12/2024 | | 73 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Klein, Michael. Related document 71 (Entered: 06/12/2024 at 09:31:02) |
| 06/13/2024 | | 74 | Ex Parte ORDER Authorizing Employment of Accountant, Richard Ginnis CPA, for Trustee(Related Doc # 71) . (MT) (Entered: 06/13/2024 at 13:06:29) |
| 07/09/2024 | | 75 | Adversary case 24−01045. Adversary case 24−01045. Complaint by Nasra Elmi (attorney Alan J Wenokur), Robert Blanton (attorney Alan J |

| | | | |
|---|---|---|---|
| | | | Wenokur) against Kristine Brecht. . Nature of Suit: (41 (Objection / revocation of discharge − 727(c),(d),(e))) (Wenokur, Alan) (Entered: 07/09/2024 at 12:38:18) |
| 07/12/2024 | | 76 | DOCKETED IN ERROR − Docketed to Incorrect Case, ~~Answer to Complaint~~ *Objecting to Discharge.* ~~Filed by Jeffery Myra Wheat of Wheat Legal PLLC on behalf of Kristine Brecht.~~ (Wheat, Jeffery) Modified on 7/15/2024 (MT). (Entered: 07/12/2024 at 10:48:33) |
| 07/22/2024 | | 77 | DOCKETED IN ERROR − Docketed to Incorrect Case ~~Answer to Complaint~~ *by Debtors Elmi and Blanton.* ~~Filed by Jeffery Myra Wheat of Wheat Legal PLLC on behalf of Kristine Brecht.~~ (Wheat, Jeffery) Modified on 7/22/2024 (MT). (Entered: 07/22/2024 at 13:12:55) |
| 08/06/2024 | | 78 | Objection to Exemptions. (Related document(s)56)... Filed by Manish Borde on behalf of Michael P Klein The Hearing date is set for 9/6/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 8/30/2024. (Borde, Manish) (Entered: 08/06/2024 at 11:58:56) |
| 08/08/2024 | | 79 | Objection to Exemptions... Filed by Alan J Wenokur on behalf of Robert Blanton, Nasra Elmi The Hearing date is set for 9/6/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 8/30/2024. (Attachments: # 1 Proposed Order) (Wenokur, Alan) (Entered: 08/08/2024 at 13:36:38) |
| 08/08/2024 | | 80 | Declaration *of counsel in support of objection* (Related document(s)79 Objection to Exemptions)... Filed by Alan J Wenokur of Alan J. Wenokur on behalf of Robert Blanton, Nasra Elmi. (Attachments: # 1 Exhbits to Declaration) (Wenokur, Alan) (Entered: 08/08/2024 at 13:38:11) |
| 08/13/2024 | | 81 | Trustee's Motion to Sell Estate Property Free and Clear of Liens, 11 USC 363(f). ... Filed by Manish Borde on behalf of Michael P Klein The Hearing date is set for 9/6/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 8/30/2024. (Attachments: # 1 Notice of Hearing # 2 Proposed Order) (Borde, Manish) (Entered: 08/13/2024 at 14:20:41) |
| 08/13/2024 | | | **Receipt of filing fee for Motion to Sell Free and Clear of Liens( 24−10239−TWD) [motion,144] ( 199.00). Receipt number A28458789. Fee amount $ 199.00. (U.S. Treasury) (Entered: 08/13/2024 at 14:22:12)** |
| 08/13/2024 | | 82 | Declaration *of Kailee Rainey* (Related document(s)81 Motion to Sell Free and Clear of Liens)... Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Borde, Manish) (Entered: 08/13/2024 at 14:29:54) |
| 08/13/2024 | | 83 | Declaration *of Michael Klein* (Related document(s)81 Motion to Sell Free and Clear of Liens)... Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 08/13/2024 at 14:31:34) |
| 08/13/2024 | | 84 | Trustee's Motion for Turnover *Normandy Park Property*... Filed by Manish Borde on behalf of Michael P Klein The Hearing date is set for 9/6/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 8/30/2024. (Attachments: # 1 Notice of Hearing # 2 Proposed Order) (Borde, Manish) (Entered: 08/13/2024 at 14:41:04) |

| | | | |
|---|---|---|---|
| 08/13/2024 | | 85 | Declaration *of Manish Borde* (Related document(s)84 Motion for Turnover)... Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 08/13/2024 at 14:43:05) |
| 08/14/2024 | | | Notice to Court of Intent to Argue. Date of Hearing: 9/6/2024. Filed by Alan J Wenokur on behalf of Robert Blanton, Nasra Elmi. (Related document(s)79 Objection to Exemptions). (Wenokur, Alan) (Entered: 08/14/2024 at 12:01:35) |
| 08/14/2024 | | 86 | First Motion for Relief from Stay, *Declaratory Relief Action...* Filed by J. Scott Wood on behalf of The Medical Protective Company's The Hearing date is set for 9/13/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 9/4/2024. (Attachments: # 1 Notice of Hearing # 2 Exhibit Exhibit A # 3 Proposed Order) (Wood, J.) (Entered: 08/14/2024 at 14:35:39) |
| 08/14/2024 | | | **Receipt of filing fee for Motion for Relief from Stay( 24−10239−TWD) [motion,185] ( 199.00). Receipt number A28460445. Fee amount $ 199.00.** (U.S. Treasury) (Entered: 08/14/2024 at 14:38:53) |
| 08/14/2024 | | | Notice to Court of Intent to Argue. Date of Hearing: 9/6/2024. Filed by Manish Borde on behalf of Michael P Klein. (Related document(s)78 Objection to Exemptions). (Borde, Manish) (Entered: 08/14/2024 at 19:20:55) |
| 08/16/2024 | | 87 | Amended Notice of Amended/Continued Hearing*To show correct Response Deadline* (Related document(s)86 Motion for Relief from Stay). Filed by J. Scott Wood on behalf of The Medical Protective Company's. Continued Hearing scheduled for 9/13/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 9/6/2024. (Wood, J. Scott) (Entered: 08/16/2024 at 09:37:24) |
| 08/23/2024 | | 88 | Supplemental Declaration *of Michael Klein* (Related document(s)81 Motion to Sell Free and Clear of Liens)... Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 08/23/2024 at 13:22:48) |
| 08/26/2024 | | 89 | Motion for Relief from Stay,... Filed by J. Scott Wood on behalf of The Medical Protective Company's The Hearing date is set for 9/27/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 9/20/2024. (Attachments: # 1 Notice of Hearing Second Amended Notice of Motion and Hearing) (Wood, J. Scott) (Entered: 08/26/2024 at 15:17:11) |
| 08/26/2024 | | | **Receipt of filing fee for Motion for Relief from Stay( 24−10239−TWD) [motion,185] ( 199.00). Receipt number A28476842. Fee amount $ 199.00.** (U.S. Treasury) (Entered: 08/26/2024 at 15:21:55) |
| 08/26/2024 | | 90 | Objection *of Debtor* (Related document(s)89 Motion for Relief from Stay)... Filed by Jeffery Myra Wheat of Wheat Legal PLLC on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 08/26/2024 at 17:22:18) |
| 08/26/2024 | | 91 | Response to *Motion to Sell Property Free and Clear of Liens* (Related document(s)81 Motion to Sell Free and Clear of Liens)... Filed by Jeffery Myra Wheat of Wheat Legal PLLC on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 08/26/2024 at 17:28:21) |
| 08/27/2024 | | 92 | |

| | | | |
|---|---|---|---|
| | | | Objection *to Turnover* (Related document(s)84 Motion for Turnover)... Filed by Jeffery Myra Wheat of Wheat Legal PLLC on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 08/27/2024 at 08:32:47) |
| 08/27/2024 | | 93 | Proof of Service . Filed by Manish Borde on behalf of Michael P Klein. (Related document(s)78 Objection to Exemptions, 81 Motion to Sell Free and Clear of Liens, 84 Motion for Turnover, 88 Declaration). (Borde, Manish) (Entered: 08/27/2024 at 12:04:00) |
| 08/28/2024 | | 94 | Proof of Service . Filed by J. Scott Wood on behalf of The Medical Protective Company's. (Related document(s)89 Motion for Relief from Stay). (Wood, J. Scott) (Entered: 08/28/2024 at 11:08:21) |
| 08/29/2024 | | | Notice to Court of Intent to Argue. Date of Hearing: 9/6/2024. Filed by Manish Borde on behalf of Michael P Klein. (Related document(s)81 Motion to Sell Free and Clear of Liens, 84 Motion for Turnover). (Borde, Manish) (Entered: 08/29/2024 at 12:03:27) |
| 09/03/2024 | | 95 | Trustee's Reply *in Support of Motion for Order Approving Sale of Real Property Free and Clear of Liens* (Related document(s)91 Response). Proof of Service. Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 09/03/2024 at 17:56:09) |
| 09/03/2024 | | 96 | Declaration *of Michael P. Klein* (Related document(s)95 Reply). Proof of Service. Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 09/03/2024 at 17:58:33) |
| 09/03/2024 | | 97 | Trustee's Reply *in Support of Motion for Order Regarding Turnover of Property* (Related document(s)92 Objection). Proof of Service. Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 09/03/2024 at 18:02:57) |
| 09/05/2024 | | 98 | Motion to Shorten Time *for Hearing on Motion for Continuance or Special Setting..* Filed by Jeffery Myra Wheat on behalf of Kristine Brecht (Wheat, Jeffery) (Entered: 09/05/2024 at 09:22:06) |
| 09/05/2024 | | 99 | Motion *Continuance or Special Setting..* Filed by Jeffery Myra Wheat on behalf of Kristine Brecht (Wheat, Jeffery) (Entered: 09/05/2024 at 09:25:17) |
| 09/05/2024 | | 100 | ORDER Rescheduling Hearings(Related document(s)78, 79, 81, 84, 99 ). The Hearing date is set for 9/6/2024 at 02:00 PM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse.. (MT) (Entered: 09/05/2024 at 11:43:53) |
| 09/06/2024 | | | Minutes. Hearing Date: 9/6/2024. Appearances: Jeffery Myra Wheat on behalf of Kristine Brecht; Alan J Wenokur on behalf of Robert Blanton, Nasra Elmi; Manish Borde on behalf of Michael P Klein. (Related document(s) 84 Motion for Turnover). Continued Hearing scheduled for 10/04/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. (SAS) (Entered: 09/06/2024 at 15:41:26) |
| 09/06/2024 | | | Minutes. Hearing Date: 9/6/2024. Appearances: Jeffery Myra Wheat on behalf of Kristine Brecht; Alan J Wenokur on behalf of Robert Blanton, Nasra Elmi; Manish Borde on behalf of Michael P Klein. (Related document(s) 81 Motion to Sell Free and Clear of Liens). Sale is approved. Moving party to submit order. (SAS) (Entered: 09/06/2024 at 15:43:48) |

| | | | |
|---|---|---|---|
| 09/06/2024 | | | Minutes. Hearing Date: 9/6/2024. Appearances: Jeffery Myra Wheat on behalf of Kristine Brecht; Alan J Wenokur on behalf of Robert Blanton, Nasra Elmi; Manish Borde on behalf of Michael P Klein. (Related document(s) 78 Objection to Exemptions, 79 Objection to Exemptions. The objections are sustained. Court to prepare order. (SAS) (Entered: 09/06/2024 at 15:47:35) |
| 09/06/2024 | | 101 | PDF with attached Audio File. Court Date & Time [09/06/2024 02:00:52 PM]. File Size [ 7263 KB ]. Run Time [ 01:02:36 ]. (Trustees Motion to Sell Estate Property Free and Clear of Liens, 11 USC 363(f). ...). (admin). (Entered: 09/06/2024 at 16:02:02) |
| 09/06/2024 | | 102 | ORDER Sustaining Objections to Debtor's Homestead Exemptions (Related Doc # 78) . (KLL) (Entered: 09/06/2024 at 16:04:44) |
| 09/06/2024 | | 103 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Borde, Manish. Related document 81 (Entered: 09/06/2024 at 17:02:01) |
| 09/09/2024 | | 104 | ORDER Approving Sale of Real Property Free and Clear of Liens (Related Doc # 81) . (MT) (Entered: 09/09/2024 at 11:18:24) |
| 09/09/2024 | | 105 | Motion *for Leave to File Overlength Motion for Reconsideration*.. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht (Wheat, Jeffery) (Entered: 09/09/2024 at 12:54:39) |
| 09/10/2024 | | 106 | ORDER Authorizing Overlength Motion for Reconsideration (Related Doc # 105) . (MT) (Entered: 09/10/2024 at 09:10:30) |
| 09/13/2024 | | 107 | Motion for Sanctions for *Trustee Klein and Counsel Borde*. Proof of Service. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht The Hearing date is set for 10/18/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 10/11/2024. (Wheat, Jeffery) (Entered: 09/13/2024 at 09:45:22) |
| 09/13/2024 | | 108 | Notice of *Unavailability* Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 09/13/2024 at 12:01:33) |
| 09/13/2024 | | 109 | Notice of *Striking Opposition to Motion for Relief From Stay by MEDPRO* Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 09/13/2024 at 12:02:35) |
| 09/13/2024 | | 110 | Debtor's Motion to Reconsider *Orders Approving Sale and Overruling Homestead Exemption*.. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht (Attachments: # 1 Exhibit A − Ruling on Extension of Time # 2 Exhibit Brief of Appellants # 3 Exhibit C Email to Counsel With Transcripts # 4 Exhibit E − Transcripts of Recorded Phone Calls # 5 Exhibit G1 # 6 Exhibit G2 # 7 Exhibit G3 # 8 Exhibit G4 # 9 Exhibit G5 # 10 Exhibit G6 # 11 Exhibit G7 # 12 Exhibit G8 # 13 Exhibit G9 # 14 Exhibit G10 # 15 Exhibit H Order Suspending Debtor From Practice # 16 Exhibit I Search Warrant # 17 Exhibit J Request for Judicial Notice # 18 Exhibit K Stipulation # 19 Exhibit L − Discovery Responses Safe Rejuvenation # 20 Exhibit M Discovery Responses Equipment Rejuvenation LP # 21 Exhibit Discovery Responses Asset Rejuvenation LLC) (Wheat, Jeffery) (Entered: 09/13/2024 at 13:17:35) |
| 09/13/2024 | | 111 | Conditional Motion *in Alternative for Leave to Appeal*. Proof of Service. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht The Hearing |

| | | | |
|---|---|---|---|
| | | | date is set for 9/27/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 9/20/2024. (Wheat, Jeffery) (Entered: 09/13/2024 at 14:53:24) |
| 09/16/2024 | | [112](#) | ORDER Striking Hearing on Motion for Reconsider (Related Doc # [110](#)) . (MT) (Entered: 09/16/2024 at 10:06:19) |
| 09/16/2024 | | [113](#) | ORDER Denying Conditional Motion for Leave to Appeal (Related Doc # [111](#)) . (MT) (Entered: 09/16/2024 at 10:07:37) |
| 09/23/2024 | | [114](#) | Declaration of No Objection *to Motion for Relief from Stay* (Related document(s)[89](#) Motion for Relief from Stay)... Filed by J. Scott Wood of Gordon Rees Scully Mansukhani LLP on behalf of The Medical Protective Company's. (Wood, J. Scott) (Entered: 09/23/2024 at 08:46:17) |
| 09/23/2024 | | | Minutes. Hearing Date: 9/27/2024. ORDER Denying Conditional Motion for Leave to Appeal (ECF No. 113) docketed. (Related document(s) [111](#) Motion). Hearing not held. (SAS) (Entered: 09/23/2024 at 08:53:31) |
| 09/23/2024 | | | Minutes. Hearing Date: 9/27/2024. Declaration of no objection submitted. Order to be received pursuant to Local Bankruptcy Rule 9013−1(f)(2). (Related document(s) [89](#) Motion for Relief from Stay). Hearing not held. (SAS) (Entered: 09/23/2024 at 08:54:50) |
| 09/23/2024 | | [115](#) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Wood, J. Scott. Related document [89](#) (Entered: 09/23/2024 at 09:02:02) |
| 09/23/2024 | | [116](#) | Statement (Related document(s)[89](#) Motion for Relief from Stay). Proof of Service. Filed by J. Scott Wood of Gordon Rees Scully Mansukhani LLP on behalf of The Medical Protective Company's. (Wood, J. Scott) (Entered: 09/23/2024 at 09:27:51) |
| 09/23/2024 | | [117](#) | Proof of Service . Filed by J. Scott Wood on behalf of The Medical Protective Company's. (Related document(s)[89](#) Motion for Relief from Stay). (Wood, J. Scott) (Entered: 09/23/2024 at 15:09:07) |
| 09/25/2024 | | [118](#) | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Wood, J. Scott. Related document [89](#) (Entered: 09/25/2024 at 11:02:02) |
| 09/25/2024 | | [119](#) | ORDER on Motion to Grant Relief from Automatic Stay and Allow Prosecution of Declaratory Relief Action (Related Doc # [89](#)) . (MT) (Entered: 09/25/2024 at 13:23:18) |
| 09/25/2024 | | [120](#) | Submitted But Not Entered (Related document(s)[89](#) ). (MT) (Entered: 09/25/2024 at 14:36:46) |
| 09/26/2024 | | | Audio Hearing Request. Hearing Date and Time: 09/06/24. Other Info: Please email Shari Wheeler at AhearnAndAssoc@comcast.net... Requested by: Manish Borde, representing Trustee Michael Klein.. . (Transcriber − Wheeler, Shari) (Entered: 09/26/2024 at 11:37:29) |
| 09/26/2024 | | [121](#) | Trustee's Motion *Authorize Admin. Expense for Property Insurance*... Filed by Manish Borde on behalf of Michael P Klein The Hearing date is set for 10/18/2024 at 09:30 AM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. Response due by 10/11/2024. (Attachments: # [1](#) Proposed Order) (Borde, Manish) (Entered: 09/26/2024 at 12:03:27) |

| | | | |
|---|---|---|---|
| 09/26/2024 | | 122 | Ex Parte Motion to Shorten Time .. Filed by Manish Borde on behalf of Michael P Klein (Attachments: # 1 Proposed Order) (Borde, Manish) (Entered: 09/26/2024 at 12:11:06) |
| 09/26/2024 | | 123 | Declaration *of Michael Klein* (Related document(s)121 Motion, 122 Motion to Shorten Time). Proof of Service. Filed by Manish Borde of Borde Law PLLC on behalf of Michael P Klein. (Borde, Manish) (Entered: 09/26/2024 at 12:12:22) |
| 09/26/2024 | | 124 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Borde, Manish. Related document 122 (Entered: 09/26/2024 at 12:31:02) |
| 09/26/2024 | | 125 | ORDER Granting Ex Parte Motion to Shorten Time on Trustee's Motions Regarding Turnover and Property Insurance (Related document(s)84, 121, 122). The Hearing date is set for 9/30/2024 at 02:00 PM at Judge Dore's Seattle Courtroom 8106, U.S. Courthouse. (MT) (Entered: 09/26/2024 at 16:47:44) |
| 09/27/2024 | | 126 | Letter From Attorney to Judge: *requesting telephone access for additional counsel*. Filed by Alan J Wenokur on behalf of Robert Blanton, Nasra Elmi. (Related document(s)125 Order on Motion to Shorten Time). (Wenokur, Alan) (Entered: 09/27/2024 at 12:31:12) |
| 09/30/2024 | | | Minutes. Hearing Date: 9/30/2024. Appearances: Manish Borde on behalf of Michael P Klein; Alan J Wenokur on behalf of Robert Blanton, Nasra Elmi; Michael Spence on behalf of the new buyers. No appearance by debtor. (Related document(s) 125 Order on Motion to Shorten Time). Trustee's Motion *Authorize Admin Expense for Property Insurance* is granted. Moving party to prepare order. Trustee's Motion for *Turnover Normandy Park Property* is granted. Court to prepare order. (SAS) (Entered: 09/30/2024 at 14:58:13) |
| 09/30/2024 | | 127 | PDF with attached Audio File. Court Date & Time [09/30/2024 02:07:54 PM]. File Size [ 1342 KB ]. Run Time [ 00:11:13 ]. (ORDER Granting Ex Parte Motion to Shorten Time on Trustees Motions Regarding Turnover and Property Insurance (Related document(s)84, 121, 122. The Hearing date is set for 9/30/2024 at 02:00 PM at Jud). (admin). (Entered: 09/30/2024 at 15:02:03) |
| 09/30/2024 | | 128 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Borde, Manish. Related document 121 (Entered: 09/30/2024 at 15:31:02) |
| 10/01/2024 | | 129 | Letter From Attorney to Judge: *Re Missed Hearing*. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. (Wheat, Jeffery) (Entered: 10/01/2024 at 08:59:36) |
| 10/01/2024 | | 130 | Notice of Appeal and Statement of Election.. Fee Due $ 298. Filed by Jeffery Myra Wheat on behalf of Kristine Brecht. Record Transmission due by 10/29/2024, (Wheat, Jeffery). Related document(s) 102 Order Re Trustees Objection to Exemptions, 131 Order Re Motion for Turnover. Modified on 10/1/2024 (MT). (Entered: 10/01/2024 at 09:00:53) |
| 10/01/2024 | | | **Receipt of filing fee for Notice of Appeal and Statement of Election( 24−10239−TWD) [appeal,ntcaplel] ( 298.00). Receipt number A28525223. Fee amount $ 298.00.** (U.S. Treasury) (Entered: 10/01/2024 at 09:01:25) |

| | | | |
|---|---|---|---|
| 10/01/2024 | | 131 | ORDER: (1) Requiring Debtor to Turn Over Real Property, and (2) Directing U.S. Marshal to Evict Occupants of Real Property (Related Doc # 84) . (MT) (Entered: 10/01/2024 at 10:13:23) |
| 10/01/2024 | | 132 | ORDER Authorizing Administrative Expense for Property Insurance (Related Doc # 121) . (MT) (Entered: 10/01/2024 at 10:15:07) |

**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

1
2
3
4
5
6
7
8
9    TIMOTHY W. DORE
   United States Bankruptcy Judge
10    700 Stewart Street, Room 8106
   Seattle, WA 98101
11    (206) 370-5300
12
13
14
15

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

16    In re:

                      Case No. 24-10239-TWD

17    Kristine Brecht,

                      **ORDER SUSTAINING OBJECTIONS TO**
18              Debtor.           **DEBTOR'S HOMESTEAD EXEMPTION**

19
20       THIS MATTER came before the Court on the objections to the Debtor's homestead exemption

21 filed by the Trustee and Robert Blanton and Nasra Elmi [Docket Nos. 78 and 79] ("Objections"). The

22 Court has reviewed and considered the Objections, all evidence submitted in support of and in opposition

23 to the Objections, the records and files in this case, and the oral argument held on September 6, 2024.

24 At the conclusion of the hearing on the Objections, the Court gave an oral ruling, which constitutes the

25

ORDER SUSTAINING OBJECTIONS TO DEBTOR'S HOMESTEAD EXEMPTION - 1

Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that:

1.    The Objections are sustained.

2.    The Debtor's claimed exemption under RCW 6.13 in the real property located at 1865 SW Miller Creek Road, Normandy Park, WA 98166 is disallowed.

/ / / End of Order / / /

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):   Kristine Brecht

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☒ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

### Part 2:  Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order to vacate, order overruling homestead exemption, and all other prior rulings prejudicially affecting these decisions.

2. State the date on which the judgment—or the appealable order or decree—was entered:
   9/30/2024,  9/6/2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _____ (See attached)   Attorney: _____
   _____
   _____
   _____

2. Party: _____   Attorney: _____
   _____
   _____
   _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: ___10/1/2024_____

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Jeffery Wheat - 1201 3rd Ave Ste 22-120 Seattle, WA 98101 (206) 262-7381

_____

_____

_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Manish Borde on behalf of Trustee Michael P Klein
mborde@bordelaw.com
1700 7th Ave Ste 2100 Seattle, WA 98101-1360 (206) 531-2722

Michael P Klein
trusteeklein@hotmail.com, kleinlaw133@hotmail.com,mklein@ecf.axosfs.com
330 Madison Ave S Ste 105 Bainbridge Island, WA 98110-3089
attorneyklein@hotmail.com (206) 842-3638

Ryan S Moore on behalf of US Trustee    United States Trustee
ryan.moore@usdoj.gov,  young-mi.petteys@usdoj.gov,yash.j.chohan@usdoj.gov,Kathryn.Scarberry-Rudzitis@usdoj.gov

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

Alan J Wenokur on behalf of Creditor Nasra  Elmi
alan@wrlawgroup.com,  shelby@wrlawgroup.com;oa@wrlawgroup.com;allie@wrlawgroup.com
Wenokur Riordan PLLC 600 Stewart St Ste 1300 Seattle, WA 98101-1255 United States (206)682-6224

J. Scott  Wood on behalf of Interested Party    The Medical Protective Company's
swood@grsm.com,  dverfurth@grsm.com Gordon Rees Scully Mansukhani LLP
701 5th Ave Ste 2100 Seattle, WA 98104-7084 United States (206) 705-2115

Michael Spence Attorney on behalf of buyers
mspence@helsell.com (206) 689-2167 800 Fifth Avenue, Suite 3200
Seattle, WA 98104

**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

KRISTINE BRECHT,

               Debtor.

Bankruptcy No. 24-10239-TWD

**ORDER: (1) REQUIRING DEBTOR TO TURN OVER REAL PROPERTY, AND (2) DIRECTING U.S. MARSHAL TO EVICT OCCUPANTS OF REAL PROPERTY**

THIS MATTER came before the Court on the Trustee's motion to require the Debtor to turn over property of the estate [Docket No. 84] ("Motion"). The Court held hearings on the Motion on September 6, 2024 and September 30, 2024.

For the reasons stated by the Court at the September 30, 2024 hearing, it is ORDERED that:

1.    The Debtor and any other occupant (collectively, "Occupants") shall vacate the real property located at 1865 SW Miller Creek Road, Normandy Park, Washington ("Property") and turn over possession of the Property to the Trustee by October 11, 2024.

ORDER: (1) REQUIRING DEBTOR TO TURN OVER REAL PROPERTY, AND (2) DIRECTING U.S. MARSHAL TO EVICT OCCUPANTS OF REAL PROPERTY - 1

2.      Upon vacating the Property, the Occupants shall remove all of their personal property ("Personal Property"), but leave in place all improvements, buildings and fixtures.

3.      If the Property has not been vacated by October 11, 2024, the U.S. Marshal Service is directed to remove the Occupants from the Property and remove the Personal Property.

4.      The U.S. Marshal Service is authorized to take all reasonable actions including the use of reasonable force to remove the Occupants from the Property.

5.      The Trustee may advance funds to: (a) the U.S. Marshal Service as needed to permit the U.S. Marshal Service to perform under this Order, and (b) pay for other expenses (such as changing locks and moving and storing the Personal Property) incurred to obtain possession of the Property.  The Trustee may seek reimbursement of any funds so advanced as an administrative expense.

6.      The Trustee may seek by ex parte motion any further order needed to permit the U.S Marshal Service to remove the Occupants from the Property.

/ / / End of Order / / /

ORDER: (1) REQUIRING DEBTOR TO TURN OVER REAL PROPERTY, AND (2) DIRECTING U.S. MARSHAL TO EVICT OCCUPANTS OF REAL PROPERTY - 2

Case 24-10239-TWD    Doc 131    Filed 10/01/24    Ent. 10/01/24 10:13:23    Pg. 2 of 2

22